IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02484-CMA-BNB

BENJAMIN GODFREY CHIPPS, SR.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter arises on **Defendant's Unopposed Motion to Vacate Scheduling Conference** [Doc. # 9, filed 1/22/2012] (the "Motion").  The Motion seeks an order vacating the scheduling conference set for February 7, 2012, and (essentially) a stay of discovery until the district judge rules on the defendant's motion to dismiss.  The motion to dismiss raises the issue of sovereign immunity.  The plaintiff does not oppose the requested relief.  Good cause having been shown,

IT IS ORDERED:

(1) The Motion [Doc. # 9] is GRANTED, and the scheduling conference set for February 7, 2012, is VACATED; and

(2) The parties shall file a status report within ten days after any ruling resolving the issues raised by the motion to dismiss.

Dated January 24, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge