IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02484-CMA-BNB

BENJAMIN GODFREY CHIPPS, SR.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Modify Scheduling Order** [docket no. 20, filed March 7, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the defendant shall designate all experts and rebuttal experts, and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 22, 2013**. The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 22, 2013**.

DATED:  March 7, 2013