IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02484-CMA-BNB

BENJAMIN GODFREY CHIPPS, SR.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order** [docket no. 23, filed May 24, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including July 1, 2013. The dispositive motion deadline is extended to and including August 1, 2013.

      IT IS FURTHER ORDERED that the Pretrial Conference set for August 26, 2013 is **vacated and reset to October 29, 2013, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **October 22, 2013**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: May 28, 2013