IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02484-CMA-BNB

BENJAMIN GODFREY CHIPPS, SR.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order** [docket no. 26, filed June 28, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The discovery cut-off is extended to and including July 31, 2013.  The dispositive motion deadline is extended to and including September 2, 2013.

      IT IS FURTHER ORDERED that the Pretrial Conference set for October 29, 2013, is **vacated and reset to November 19, 2013, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **November 12, 2013**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  July 1, 2013