IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-02484-CMA-BNB | Date: August 8, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| BENJAMIN GODFREY CHIPPS, SR.<br>**Plaintiff(s)** | *Phil C. Pearson* |
| **v.** | |
| UNITED STATES OF AMERICA<br>**Defendant(s)** | *Juan G. Villasenor* |

---

### COURTROOM MINUTES

---

**MOTIONS HEARING**

Court in Session:  2:58 p.m.

Appearance of counsel.

Argument presented on [30] Motion for Leave to Designate Out of Time Non-Parties at Fault.

For reasons stated on the record it is,

**ORDERED:   [30] Motion for Leave to Designate Out of Time Non-Parties at Fault is DENIED.**

Court in Recess: 3:22 p.m.     Hearing concluded.     Total time in Court:  00:24

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119