IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 11-cv-02484-CMA-BNB | Date: August 8, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| BENJAMIN GODFREY CHIPPS, SR. **Plaintiff(s)** | Phil C. Pearson |
| v. | |
| UNITED STATES OF AMERICA **Defendant(s)** | Juan G. Villasenor |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 2:58 p.m.

Appearance of counsel.

Argument presented on [30] Motion for Leave to Designate Out of Time Non-Parties at Fault.

For reasons stated on the record it is,

**ORDERED: [30] Motion for Leave to Designate Out of Time Non-Parties at Fault is DENIED.**

Court in Recess: 3:22 p.m.    Hearing concluded.    Total time in Court: 00:24

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119