**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02484-CMA-BNB

BENJAMIN GODFREY CHIPPS, SR.,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

---

**STIPULATION FOR DISMISSAL**

---

     The parties, through counsel, stipulate to dismiss this action with prejudice, each party to pay its own costs and attorney's fees.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Therefore, the parties request that the case be dismissed with prejudice.

Respectfully submitted,

                                        JOHN F. WALSH
                                        United States Attorney

s/Phil C. Pearson                       s/Juan G. Villaseñor
Phil C. Pearson, M.D., J.D.            JUAN G. VILLASEÑOR
3650 S. Yosemite Street, Suite 404      Assistant United States Attorney
Denver, CO  80237                  United States Attorney's Office
Telephone: (720) 529-8060         1225 Seventeenth Street, Suite 700
E-Mail: pcpmdjd@yahoo.com        Denver, CO 80202
Attorney for Plaintiff                 Telephone: (303) 454-0185
                                 E-mail: juan.villasenor@usdoj.gov
                                 Attorneys for Defendant

## **CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on January 15, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

pcpmdjd@yahoo.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand- delivery, etc.) indicated above the nonparticipant's name:

None.

         s/ Juan G. Villaseñor
         United States Attorney's Office