IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02484-CMA-BNB

BENJAMIN GODFREY CHIPPS, SR.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(i)(A)(ii) and the Stipulation for Dismissal (Doc. # 54), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.  It is

FURTHER ORDERED that the Final Trial Preparation Conference, set for January 24, 2014, at 10:00 AM, and the five-day trial to the Court, set to commence January 27, 2014, are VACATED.

    DATED:  January __15__, 2014

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge